**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal Case No. 12-PO-00126-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1.  FORREST TILEY,**

**Defendant.**

## MINUTE ORDER  CONTINUING CASE

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

Counsel for the Defendant requested this matter be continued because of his unavailability on June 7, 2012 at 11:00 a.m., therefore:

**IT IS HEREBY ORDERED** that this matter is rescheduled for advisement on the Information and further proceedings on **July 5, 2012 at 10:30 a.m. in the United States District Court, 4 Chico Camino, Monte Vista, Colorado**.

Failure to appear on that date and time may result in a warrant being issued for the arrest of the Defendant.

**DATED:  June 5, 2012**

### Certificate of Mailing

I hereby certify that on the 5th  day of June, 2012, a true and correct copy of the foregoing Minute Order was placed in the U. S. Mail, postage prepaid, to the following:

| | |
|---|---|
| U. S. Attorney's Office | Ben Gibbons |
| 103 Sheppard Drive, Suite 215 | 800 First Avenue |
| Durango, Colorado 81303 | Monte Vista, Colorado 81146 |

**By: s/Shirley W. Dills**
**Assistant to Magistrate Judge**